# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2021

Bridget M. McCormack,
Chief Justice

162315

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ROCHESTER ENDOSCOPY AND SURGERY
CENTER, LLC, and JARO COMPANY, LLC,
           Plaintiffs-Appellants,

v

DESROSIERS ARCHITECTS, PC,
           Defendant-Appellee.

SC: 162315
COA: 349952
Oakland CC: 2018-168674-CB

_____/

On order of the Court, the application for leave to appeal the October 22, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



p0616

Clerk